# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139647(36)(39)

MOHAMED MAWRI,
        Plaintiff-Appellant,

v

CITY OF DEARBORN,
        Defendant-Appellee.

_____

SC: 139647
COA: 283893
Wayne CC: 06-617502-NO

On order of the Chief Justice, motions by John A. Braden and the Michigan Municipal League and others for leave to file briefs *amicus curiae* are considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

Clerk